IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JUNIOR R. NORBERG, husband and wife; LORRI D. NORBERG, husband and wife; and J.R. NORBERG FARMS, INC., a Nebraska Corporation;**<br><br>Plaintiffs,<br><br>vs.<br><br>**COTTONWOOD NATURAL RESOURCES, LTD., an Oklahoma Limited Liability Company;**<br><br>Defendant. | 8:15CV70<br><br>AMENDED<br>ORDER OF DISMISSAL |

This matter is before the Court on the Notice of Dismissal (Filing No. 12) submitted by Plaintiffs Junior R. Norberg, Lorri D. Norberg, and J.R. Norberg Farms, Inc. The Notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i), and the Court concludes that it should be approved. The above-captioned action will be dismissed without prejudice, and all pending motions denied as moot. The Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. Plaintiffs Junior R. Norberg, Lorri D. Norberg, and J.R. Norberg Farms, Inc.'s Notice of Dismissal (Filing No. 12) is approved;

2. The above-captioned case is dismissed without prejudice;

3. Defendant's pending Motion to Dismiss (Filing No. 6) is denied as moot; and

4. The Court will not assess costs or attorney's fees.

Dated this 17th day of March, 2015

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge